IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREW ROSENHAUS,<br><br>    Petitioner,<br><br>vs.<br><br>ASHLEE PALMER<br><br>    Respondent. | Case No.: 2:16-cv-07595-JAK-AJW<br><br>**JUDGMENT**<br><br>JS-6 |

The Petition to Confirm Arbitration Award (the "Petition") filed by Petitioner Drew Rosenhaus came before the Court on October 12, 2016. The Court GRANTED the Petition.

Therefore, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment be entered in this action as follows:

1. The arbitration award entered by Roger Kaplan on October 3, 2016, is confirmed.
2. Judgment is entered in favor of Petitioner.

Dated: March 17, 2017

                                              HON. JOHN A. KRONSTADT
                                              United States District Judge